UNITED STATES OF AMERICA

V.                                                    CRIMINAL CASE

CERTAIN PERSONS

# SEALED DOCUMENT